

**FILED**

DEC 0 4 2009

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

PAUL HARTSON FLETCHER,

           Plaintiff,        No. CV-09-73-GF-SEH

vs.

                                  ORDER

WARDEN SAM LAW, et. al.,

           Defendants.

---

On November 19, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff filed objections on December 2, 2009. The Court reviews *de novo* findings and recommendation to which objection is made.

Upon *de novo* review of the record, I find no clear error in Judge

---

[1] Document No. 7

Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint is DISMISSED with prejudice.

2. The dismissal of the Complaint shall count as a strike under 28 U.S.C. § 1915(g) as Plaintiff failed to state a claim upon which relief may be granted.

3. Any appeal of this matter would not be taken in good faith as the claims asserted clearly lack merit. Fed. R. App. P. 24(a)(3)(A).

4. The Clerk is directed to enter judgment accordingly.

DATED this 4th day of December, 2009.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge